# IN THE SUPREME COURT OF THE STATE OF NEVADA

DWIGHT DONNELL JIMERSON,
              Appellant,
       vs.
THE STATE OF NEVADA,
              Respondent.

No. 74144

**FILED**

NOV 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to rehear a motion to disqualify. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Elizabeth Goff Gonzalez, Chief Judge
      Dwight Donnell Jimerson
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk
      Law Offices of Martin Hart, LLC

17-39705